| Date | Pleading Number | |
|------|-----------------|---|
| 6/6/72 | | ORDER TO SHOW CAUSE entered in A-1 thru A-4 to show cause why actions should not be transferred to a single district for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407 |
| | | Notified counsel, involved judges, chief judges. |
| 6/16/72 | 1 | Richard Snyder (Plaintiff) response to OSC w/Brief and Certificate of Service. |
| 6/19/72 | 2 | Convenient Food Mart, Inc., response to order to show cause XXXXXXX w/certificate of service. |
| 6/19/72 | 3 | Halverson, et al. response to SCO w/certificate of service |
| 6/20/72 | 4 | Bresler Ice Cream Co. response to SCO w/cert. of service |
| 6/21/72 | 5 | CFM OF NEBRASKA Brief on Alternative Motion with certificate of servi-e |
| 6/21/72 | 6 | CFM OF NEBRASKA response to order to show cause w/cert. of service |
| 6/23/72 | 7 | SCOTT LAD FOODS, INC. RESPONSE to OSC w/cert. of service |
| 6/23/72 | 8 | WORRELL, ET AL response to OSC w/cert. of service |
| 6/23/72 | 9 | MCCOY Response to OSC w/cert. of service |
| 6/30/72 | 10 | Response to Bresler Ice Cream Co.'s Convenient Food Mart and Scot Lad's responses to OSC w/certificate of Service |
| 7/3/72 | | Sent ORDER for July 28, 1972 hearing in Denver, Colorado |
| * | | Notified XXXXX judges involved, court reporter and hearing clerk. |
| 11/3/72 | | OPINION AND ORDER (PER CURIAM) transferring the Nebraska action to the N.D. Illinois for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. |
| 11/3/72 | | CONSENT of transferee court for Judge Austin to handle litigation |
| 9/20/73 | | ORDER -- reassigning litigation to Judge Prentice Marshall. Notified service counsel, involved judges |
| * 7/28/73 | 11 | Telegram advising of new case - P.J.P. Corp. and asking that case be included among those for hearing. by pltfs. counsel. |

| Description of Litigation |
| --- |

DOCKET NO. 108 -- IN RE CONVENIENT FOOD MART FRANCHISE LITIGATION

## Summary of Panel Action

Date(s) of Hearing(s)  _7/28/72_

Date(s) of Opinion(s) or Order(s)  _11/3/72  350 F. Supp. 1166_

Consolidation Ordered  ✓      Name of Transferee Judge  _Richard B. Austin_

Consolidation Denied  ____      Transferee District (752)  _N. D. Ill._   Reassigned to Judge Prentice Marshall

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
| --- | --- | --- | --- | --- | --- | --- | --- |
| A-1 | Rita J. McCoy, etc. v. Convenient Food Mart, Inc., et al. | Nebr Denny | Civ 71-0-343 | 11/3/72 | 11/3/72 72-1860 | 10/29/75 | OSC 6/6/72 |
| A-2 | Roger O. Halverson, et al. v. Convenient Food Mart, Inc., et al. | N.D. Ill Austin | 70 C 499 | | | 1/10/75 | OSC 6/6/72 |
| A-3 | Richard E. Snyder v. Convenient Food Mart, Inc. | N.D. Ill Perry | 71 C 804 | | | Closed | OSC 6/6/72 |
| A-4 | David Worrell, et al. v. Convenient Food Mart, Inc., et al. | N.D. Ill | 72C 1308 | | | 6/25/75 | OSC 6/6/72 |

_Nov. 3, 1972._

| XYZ-1 | P. J. P. Corp., etc. v. Convenient Food Mart, Inc., et al. | N.D.Ill. | 72 C 1848 | | | 3/20/75 | |

_Verified by the Court May 1975_

Transfers XYZ ___4___

___5___
___3___

Dis ___3___
Pending ___2___

ATTORNEY LIST   --   JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## DESCRIPTION OF LITIGATION

DOCKET NO. 108 -- IN RE CONVENIENT FOOD MART FRANCHISE LITIGATION

| No. | Plaintiff | Defendant |
|---|---|---|
| A-1 | Albert Feldman, Esquire<br>530 Univac Building<br>7100 W. Center Road<br>Omaha, Nebraska 68106<br><br>~~Howard L. Schambelan, Esquire~~<br>David Berger ~~Law Offices~~ *app*<br>1622 Locust Street<br>Philadelphia, Penna. | ~~CONVENIENT FOOD MART, INC.~~<br>CFM OF NEBR., *INC*<br>~~Lyle Strom, Esquire~~<br>1000 Wood**MEN** Tower<br>Omaha, Nebraska 68102<br><br>*C. L. ROBINSON*<br>*FITZGERALD, BROWN, LEAHY,*<br>*McGill + STROM* |
| A-2 | *DONALD C. GANGER*<br>Querrey, Harrow, Gulanick & Kennedy<br>~~627 Field Building~~ *app*<br>135 South LaSalle Street<br>Chicago, Illinois 60603 | CONVENIENT FOOD MART, INC.<br>Charles D. Kirshbaum, Esquire<br>10 N. Clark Street<br>Chicago, Illinois 60602 |
| A-3 | Lawrence H. Eiger, Esquire<br>Jerome H. Torshen, Ltd.<br>11 South LaSalle Street<br>Chicago, Illinois 60603<br><br>Jerry S. Cohen, Esquire<br>~~Herbert E. Milstein, Esquire~~ *app*<br>1776 K. Street, N.W.<br>Washington, D. C. 20006<br><br>Harold E. Kohn, Esquire<br>Harold E. Kohn, P.A.<br>2600 The Fidelity Building<br>Philadelphia, Penna. 19109 | SCOT LAD FOODS  *EARL A. JINKINSON*<br>~~John W. Stack~~, Esquire<br>Winston + Strawn, ~~Smith &~~<br>~~Patterson~~<br>One First National Plaza<br>Chicago, Illinois *60670*<br><br>BRESLER ICE CREAM COMPANY<br>~~Harry G. Fins, Esquire~~<br>~~77 W. Washington Street~~<br>~~Suite 1521~~<br>Chicago, Illinois 60602<br><br>*BARRY L. KNOLL*<br>*RM 1501, 10 N CLARK ST.* |
| A-4 | *ROGER B. HARRIS, ESQ*<br>Altheimer, Gray, Naiburg &<br>   Strasburger<br>1 North LaSalle Street<br>Chicago, Illinois | |

p. _____

# ATTORNEY SERVICE LIST
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO.  108  --  IN RE CONVENIENT FOOD MART FRANCHISE LITIGATION

| Plaintiff | Defendant |
|---|---|
| RITA J. McCOY, ETC. (A-1)<br>    David BERGER, ESQUIRE<br>    David Berger, P.A., Attys. at Law<br>    1622 Locust Street<br>    Philadelphia, Pennslvnia 19103 | CFM OF NEBRASKA, INC.<br>    C. L. Robinson, Esquire<br>    Fitzgerald, Brown, Leahy, McGill<br>        & Strom<br>    1000 Woodmen Tower<br>    Omaha, Nebraska  68102 |
| ROGER O. HALVERSON, ET AL. (A-2)<br>    Donald C. Gancer, Esqui-e<br>    Querrey, Harrow, Gulanick & Kennedy<br>    135 South LaSalle Street<br>    Chicago, Illinois  60603 | CONVENIENT FOOD MART, INC.<br>    Charles D. Kirshbaum, Esquire<br>    10 N. Clark Street<br>    Chicago, Illinois  60602 |
| RICHARD E. SNYDER (A-3)<br>    Jerry S. Cohen, Esquire<br>    1776  K  Street, N.W.<br>    Washington, D. C.  20006 | SCOT LAD FOODS<br>    Earl A. Jinkinson, Esquire<br>    Winston and Strawn<br>    One First National Plaza<br>    Chicago, Illinois  60670 |
| DAVID WORRELL, ET AL.  (A-4)<br>    Roger B. Harris, Esquire<br>    Altheimer, Gray, Naiburg & Strasburger<br>    1 North LaSalle Street<br>    Chicago, Illinois  60602 | BRESLER ICE CREAM COMPANY<br>    Barry L. Knoll, Esquire<br>    Rm. 1501, 10 N. Clark Street<br>    Chicago, Illinois  60602 |
| P.J.P. Corporation<br>  Lawrence Walner, Esquire<br>  105 W. Madison St.<br>  Chicago, Illinois | |

p. __1__

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 108 __ -- __ IN RE CONVENIENT FOOD MART FRANCHISE LITIGATION

## COMMON PARTY CHECKLIST

| NAME OF PARTY | NAMED AS PARTY IN FOLLOWING ACTIONS |
|---|---|
| CONVENIENT FOOD MART | A-1;A-2;A-3;A-4 |
| CFM OF NEBRASKA | A-1; |
| | |
| SCOT LAD FOODS | A-2;A-4 |
| BRESLER ICE CREAM CO. | A-2; A-4 |
| | |
| | |
| | |
| | |
| | |